VERONA A. BEARE, Respondent, *v.* ELLA S. EVERETT, Appellant.

(Argued November 27, 1935; decided December 13, 1935.)

*N. Otis Rockwood* for appellant.

*Lester Robert Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.